UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON EDUARDO SOLORZANO-GARCIA,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>PATRICK COVELLO, Acting Warden,<br><br>　　　　　　　Respondent. | Case No. 8:22-00945 WLH (ADS)<br><br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (Dkt. No. 1), Respondent's Answer to Petition for Writ of Habeas Corpus and a supporting memorandum (Dkt. Nos. 9, 12), Petitioner's Reply (Dkt. No. 15), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 18), and all the records and files herein.  Objections to the Report and Recommendation were due July 6, 2023.  (Dkt. No. 17.)  Petitioner did not file objections to the Report and Recommendation.  The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted (Dkt. No. 18);

2. The Petition is dismissed with prejudice (Dkt. No. 1);

3. The Certificate of Appealability is denied; and

4. Judgment is to be entered accordingly.

DATED: 9/7/2023

HON. WESLEY L. HSU
United States District Judge