JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON EDUARDO SOLORZANO-GARCIA, | Case No. 8:22-00945 WLH (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| PATRICK COVELLO, Acting Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Petition denied with prejudice.

DATED:  9/7/2023

_____

HON. WESLEY L. HSU
United States District Judge